# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————

No. 1D20-2003

————————————————

ZAFI RAZAFISOA, and JAMES P.
WACZEWSKI, her attorney,

    Petitioners,

    v.

JANA MCCONNAUGHHAY,
individually,

    Respondent.

————————————————

Petition for Writ of Prohibition—Original Jurisdiction.

September 14, 2020

PER CURIAM.

    The petition for writ of prohibition is denied on the merits.

LEWIS, NORDBY, and TANENBAUM, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

James P. Waczewski of Waczewski Law Group, Tallahassee, for Petitioners.

No appearance for Respondent.